U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JUN 29 PM 1: 45

CLERK
BY LAW
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARY ALIBOZEK,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 2:17-cv-111<br><br>Removed from Vermont Superior Court, Rutland Unit, Civil Division<br>Docket No.: 270-5-17 Rdcv |

## NOTICE OF REMOVAL

1. GENERAL ELECTRIC COMPANY is a Defendant in the above-captioned case now pending in Vermont Superior Court, Rutland Unit, Civil Division.

2. Pursuant to the provisions of Title 28, *United States Code,* Sections 1331, 1332, and 1441, General Electric Company removes this action to the United States District Court for the District of Vermont.

3. The grounds for removal of this action are:

    a. This Court has jurisdiction based on diversity of citizenship. Upon information and belief, Plaintiff is a citizen of Vermont (See Complaint ¶1). Defendant GE is incorporated in New York and has its principal place of business in Massachusetts. It is therefore a citizen of New York and Massachusetts. See 28 U.S.C. § 1332(c)(I).

4. Upon information and belief, the amount in controversy in this action exceeds the sum or value of $75,000.00 exclusive of interest, fees, and costs.

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because Defendant General Electric Company was served on June 9, 2017.

6. All state court papers previously served on General Electric Company in the above-captioned actions are filed concurrently with this Notice of Removal.

DATED: June 27, 2017

GENERAL ELECTRIC COMPANY

By: /s/ Andrew H. Maass
Andrew H. Maass, Esq.
RYAN SMITH & CARBINE, LTD.
P.O. Box 310
98 Merchants Row
Rutland, Vermont 05702-0310
(802) 786-1000
ahm@rsclaw.com